# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
| --- | --- |
| **William Manuel Polanco Alfaro** <br> **Cynthia Polanco** | CASE NO. 18-00998-TLM |

## ORDER ON APPLICATION FOR ATTORNEY'S FEES

**THIS MATTER** coming before the Court on the Application of Hyrum M Zeyer for Attorney's fees to be paid in this case that was dismissed or converted prior to confirmation of the Debtor(s)' Plan from funds being held by Chapter 13 Trustee, due notice having been given and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Counsel's request for attorney's fees and costs is hereby approved in the amount of $3917.50 with the balance due of $2582.50 to be paid by the Trustee from funds on hand on the date the case was dismissed. Trustee is authorized to pay said funds to Counsel for the Debtor. From the balance of the funds on hand the sum of $945.76 will be refunded to Bonneville Billing pursuant to 11 USC Section 349(b)(3) as Trustee received those funds from their pre-petition garnishment and any remaining funds will be refunded to the Debtor(s). Trustee is holding the sum of $6246.96 in this case. //end of text//

DATED:  March 11, 2019

_____
TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

AGREED ORDER MODIFYING PLAN - 1

/s/_____
Kathleen McCallister, Trustee

/s/_____
Hyrum M Zeyer, Counsel for the Debtor

**AGREED ORDER MODIFYING PLAN - 2**